*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
STEPHENS, LAWRENCE, and GEIS
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Leonardo C. GUERRERO**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 201900332**

Decided: 15 September 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Stephen F. Keane

Sentence adjudged 22 August 2019 by a special court-martial convened at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for six months, reduction to E-1, forfeitures of $1,100.00 pay per month for six months, and a bad-conduct discharge.[1]

For Appellant:
*Captain Thomas P. Belsky, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] The convening authority suspended all confinement in excess of three months pursuant to a pretrial agreement.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59, 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court